STATE of Missouri,
Plaintiff/Respondent,

v.

Jason BIRDNO, Defendant/Appellant.

No. ED 99999.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 24, 2014.

Rosalynn Koch, Columbia, MO, for Appellant.

Adam Rowley, Jefferson City, MO, for Respondent.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN., J., and PHILIP M. HESS, J.

*ORDER*

PER CURIAM.

Defendant Jason D. Birdno appeals his conviction in the Circuit Court of Audrain County of five counts of statutory sodomy in the first degree, § 566.062, R.S.Mo. (Cum.Supp.2007). We affirm the trial court's judgment.

No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).